# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>NICKOLAS A. DOHERTY,<br>　　　　　　　　　Defendant. | Case No. 16-CR-151-JPS<br><br><br><br>**ORDER** |

Defendant's sentencing is scheduled for June 29, 2017. In order to prepare the presentence investigation report, the Probation Office seeks records from the Arizona Department of Child Safety ("DCS"), since Defendant spent part of his childhood as a ward of the State of Arizona. By statute, DCS's ability to disclose such records is limited absent a court order. *See* Ariz. Rev. Stat. § 8-807. Thus, the parties have filed a joint motion requesting an order from this Court directing DCS to release the relevant records. (Docket #36). The Court, having no independent basis to question the parties' request, will grant it.

Accordingly,

**IT IS ORDERED** that the parties' joint motion for release of DCS records (Docket #36) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Arizona Department of Child Safety is directed to release any records regarding Nickolas Doherty to the U.S. Probation Office for the Eastern District of Wisconsin and/or to Defendant's attorney for use in this criminal case.

Dated at Milwaukee, Wisconsin, this 24th day of April, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge