# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff,<br>v.<br><br>NICKOLAS A. DOHERTY,<br><br>                    Defendant. | Case No. 16-CV-151-JPS<br><br><br>**ORDER** |

On May 16, 2017, the government filed a motion for a preliminary order of forfeiture as to certain property of Defendant. (Docket #40). As part of his plea agreement, Defendant agreed to forfeit the property identified in the forfeiture notice of the Indictment. (Docket #30 at 8). Defendant has informed the Court that he does not oppose the motion. The Court will, therefore, grant the government's motion. *See* Fed. R. Crim. P. 32.2.

Accordingly,

**IT IS ORDERED** that all right, title, and interest in the Beretta .22 caliber pistol bearing serial number T19476 is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c);

**IT IS FURTHER ORDERED** that the above-listed item shall be seized forthwith by the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its duly authorized representative;

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this Order and of its intent to dispose of the property according to law; and

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in Defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 19th day of May, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge